579 A.2d 1295

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Sam BANNERMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 12, 1989.

Decided Sept. 19, 1990.

Reargument Denied Nov. 16, 1990.

No. 90 Eastern District Appeal Docket 1986.

Marilyn J. Gelb, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., Hugh Burns, Robert A. Graci, Chief Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

In view of the trial court's failure to comply explicitly with the mandate of *Commonwealth v. Neely*, 522 Pa. 236, 561 A.2d 1 (1989), the verdict and sentence are vacated and the case is remanded for new trial.